**FILED**

JUN 18 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JUSTIN S. HARRIS, | |
| Plaintiff, | CV-14-78-H-SEH |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware corporation, | **ORDER** |
| Defendant. | |

Upon the record made in open Court,

ORDERED:

1. BNSF Railway Company's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue[1] is DENIED.

2. On the Court's own motion, the Court transfers this case to the United States District Court for the District of North Dakota.

DATED this 18th day of June, 2015.

SAM E. HADDON
United States District Judge

---

[1] Doc. 5.